IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RONALD D. LEONARD,**

    **Plaintiff,**

    v.                                       **Case No. 2:09-CV-961**
                                                **JUDGE MARBLEY**
**OHIO DEPARTMENT OF**               **MAGISTRATE JUDGE KING**
**REHABILITATION**
**AND CORRECTION,** *et al.,*

    **Defendants.**

_____

**RONALD D. LEONARD,** *et al.,*

    **Plaintiffs,**

    v.                                       **Case No. 2:10-CV-347**
                                                **JUDGE MARBLEY**
**ERNIE MOORE,** *et al.,*                 **MAGISTRATE JUDGE KING**

    **Defendants.**

_____

**RONALD D. LEONARD,**

    **Plaintiff,**

    v.                                       **Case No. 2:10-CV-951**
                                                **JUDGE MARBLEY**
**ERNIE MOORE,** *et al.,*                 **MAGISTRATE JUDGE KING**

    **Defendants.**

## **ORDER**

    On December 10, 2010, the Magistrate Judge issued an *Order and Report and*

*Recommendation* addressing several motions in these consolidated cases.  The Magistrate Judge

recommended that Plaintiff Leondard's *Motion for Default Judgment*, Doc. No. 48 in 2:09-CV-961, be denied since Defendants Knab and Collins have filed an *Answer* to Plaintiff's *Complaint*. *See Order and Report and Recommendation*, Doc. No. 50 in 2:09-CV-961.

There have been no objections to the Magistrate Judge's recommendation. Accordingly, the Magistrate Judge's *Report and Recommendation,* **Doc. No. 50 in 2:09-CV-961**, **Doc. No. 9 in 2:09-CV-347**, **Doc. No. 14 in 2:10-CV-951**, is **ADOPTED and AFFIRMED**. Plaintiff's *Motion for Default Judgment*, **Doc. No. 48 in 2:09-CV-961** is **DENIED.**

**IT IS SO ORDERED.**


**1/12/2011**                                                                                   s/Algenon L. Marbley
**DATE**                                                                                        **ALGENON L. MARBLEY**
                                                                                                **UNITED STATES DISTRICT JUDGE**