IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RONALD D. LEONARD,**

      **Plaintiff,**

  v.                                  **Case No. 2:09-CV-961**
                                        **JUDGE MARBLEY**
**OHIO DEPARTMENT OF**          **MAGISTRATE JUDGE KING**
**REHABILITATION**
**AND CORRECTION,** *et al.***,**

      **Defendants.**

---

**RONALD D. LEONARD,** *et al.***,**

      **Plaintiffs,**

  v.                                  **Case No. 2:10-CV-347**
                                        **JUDGE MARBLEY**
**ERNIE MOORE,** *et al.***,**              **MAGISTRATE JUDGE KING**

      **Defendants.**

---

**RONALD D. LEONARD,**

      **Plaintiff,**

  v.                                  **Case No. 2:10-CV-951**
                                        **JUDGE MARBLEY**
**ERNIE MOORE,** *et al.***,**              **MAGISTRATE JUDGE KING**

      **Defendants.**

## ORDER

On May 5, 2011, the United States Magistrate Judge recommended that the motion for judgment on the pleadings filed by defendants in 2:09-CV-961 be granted and that the motions to dismiss filed in 2:10-CV-347 and 2:10-CV-951 be denied. Moreover, the Magistrate Judge directed that plaintiff Worthington, who may have abandoned the prosecution of his claims in 2:09-CV-961 and 2:10-CV-347, file a statement of his intention to pursue his claims within twenty-one (21) days. *Order*

*and Report and Recommendation*. Although the parties were advised of their right to object to that recommendation, there has been no objection. Moreover, plaintiff Worthington has not filed the required statement of intent.

The recommendation of the Magistrate Judge is **ADOPTED and AFFIRMED**.

The motion for judgment on the pleadings, Doc. No. 71 in 2:09-CV-961, is **GRANTED**. The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in that case.

The motions to dismiss, Doc. No. 28 in 2:10-CV-347 and Doc. No. 34 in 2:10-CV-951, are **DENIED**.

The claims of plaintiff Cole Worthington in 2:10-CV-347 are **DISMISSED** for failure to prosecute.

    *s/Algenon L. Marbley*
Algenon L. Marbley
United States District Judge