\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN CIVIL CASE

**RONALD D. LEONARD,**

   **Plaintiff,**

   **v.**                                      **Case No. 2:09-CV-961**
                                               **JUDGE MARBLEY**
**OHIO DEPARTMENT OF**                         **MAGISTRATE JUDGE KING**
**REHABILITATION**
**AND CORRECTION,** *et al.,*

      **Defendants.**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

   IT IS ORDERED AND ADJUDGED That pursuant to the July 8, 2011 Order, the Court GRANTED the Motion for Judgment on the Pleadings.   Final Judgment is entered. This action is hereby DISMISSED.

Date: **July 8, 2011**           **James Bonini, Clerk**

                       s/Betty L. Clark
                       Betty L. Clark/Deputy Clerk